```
1  BARRY J. PORTMAN
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant WILLIAMS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-0398 WHA |
| Plaintiff, | ) | CR 08-0667 WHA |
| | ) | |
| v. | ) | **AMENDED** STIPULATION AND |
| | ) | [PROPOSED] ORDER CONTINUING |
| NIKETA WILLIAMS, | ) | SENTENCING HEARING |
| | ) | |
| Defendant. | ) | Honorable William H. Alsup |
| | ) | |

1 Sentencing in the above-captioned matter is currently set for Wednesday, January 7, 2009, at
2 2:00 p.m. However, the family of Defendant Niketa Williams, who have been planning to travel
3 from Thailand to attend the hearing, have been unavoidably delayed by the hospitalization of another
4 family member who lapsed into a coma after a traffic accident. Accordingly, the parties stipulate and
5 jointly request that the sentencing hearing be continued to Wednesday, January 21, 2009, at 3:00
6 p.m.

7 IT IS SO STIPULATED.

8                                         JOSEPH RUSSONIELLO
                                        United States Attorney

10 DATED: December 30, 2008       ___/s/_____
11                                         TRACIE BROWN
                                        Assistant United States Attorney

13 DATED: December 30, 2008       ___/s/_____
14                                         DANIEL P. BLANK
                                        Assistant Federal Public Defender
                                        Attorney for Niketa Williams

16 IT IS SO ORDERED.

17 DATED: January 2, 2009

                                        _____
                                        WILLIAM ALSUP
                                        United States District Judge

IT IS SO ORDERED
Judge William Alsup

STIP. & PROP. ORDER                             1