1   JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2
BRIAN J. STRETCH (CSBN 163973)
3   Chief, Criminal Division

4   TRACIE L. BROWN (CSBN 188349)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
Telephone: (415) 436-6917
7   Facsimile: (415) 436-7234

8   Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12
     UNITED STATES OF AMERICA,        )     No. CR 08-0398 WHA
13                                     )         CR 08-0667 WHA
            Plaintiff,                 )
14                                     )
        v.                             )     UNITED STATES' RESPONSE TO THE
15                                     )     DEFENDANT'S LETTER TO THE
     NIKETA WILLIAMS,                  )     COURT
16                                     )
            Defendant.                 )
17   _____ )

18

19

20          Pursuant to the Order dated August 7, 2009, the United States provides a brief response to

21   the Defendant's July 25, 2009 letter to the Court.

22          In her letter, the Defendant appears to make two basic contentions: (1) That the restitution

23   amount should take into account amounts she paid to the victim-investors; and (2) that she

24   should receive a "downward departure" so that she can "start to make amends by getting a decent

25   job" to pay back the restitution.

26          Neither of these contentions has merit.  First, the total restitution amount in the plea

27   agreement incorporated any lulling payments that Ms. Williams made to her victims.  In other

28   words, if the victim gave Ms. Williams $100,000, and she provided the victim $10,000 as an

1    alleged "return" on the "investment," the restitution amount for that victim was $90,000.  Ms.

2    Williams and her counsel agreed to these calculations in the plea agreement, and she should not

3    be heard to complain now.

4              Second, Ms. Williams defrauded victims all over the United States – including friends

5    and family members – to the tune of nearly $1.7 million dollars.  Her guideline range was 41-51

6    months.  The Court's sentence of 46 months was consistent with both the plea agreement and the

7    undisputed facts in this case.  While it is admirable that Ms. Williams has now recognized the

8    error of her ways and plans to make good on her debts, the reality is that she is *required* to pay

9    restitution to her victims.  Accordingly, the fact that she intends to comply with both the law and

10   her plea agreement is not a basis for a post-sentencing "downward departure."

11             In addition to the above facts, the law is clear that the Court lacks jurisdiction to modify

12   the sentence here.  *See* Fed. R. Cr. P. 35 (sentence may be modified within 7 days for arithmetical

13   or technical error; sentence may be modified thereafter based on substantial assistance); 18

14   U.S.C. § 3582(c) (court may modify a term of imprisonment only (1) upon a motion of Director

15   of the Bureau of Prisons if there are "extraordinary and compelling reasons warrant[ing] such a

16   reduction"; or (2) upon a motion of the defendant, the Director of the Bureau of Prisons, or the

17   court's own motion, if the sentence was "based on a sentencing range that has subsequently been

18   lowered by the Sentencing Commission").

19             For the foregoing reasons, the government submits that the Defendant's sentence should

20   remain final.

21

22

23   DATED: August 12, 2009                        Respectfully submitted,

24                                                 JOSEPH P. RUSSONIELLO
                                                   United States Attorney
25

26                                                 _____/s/_____
                                                   TRACIE L. BROWN
27                                                 Assistant United States Attorney

28

CR 08-0398 WHA/CR 08-0667 WHA
U.S.' RESPONSE TO D's LETTER        2